UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00133 |
| | ) | JUDGE CAMPBELL |
| PATRICK D. CARUTHERS | ) | |

## ORDER

The sentencing hearing in this case scheduled for August 8, 2014, is RESCHEDULED for August 13, 2014, at 11:00 a.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE